UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

　　　　　　-against-

ARTUR SATTAROV

　　　　　　　　　　Defendant(s).
-----------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-   ( )( )

20 MAG 8520

Defendant __ARTUR SATTAROV__ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

✓ Initial Appearance Before a Judicial Officer

✓ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Bail/Detention Hearing

✓ Conference Before a Judicial Officer

s/ Artur Sattarov/ om
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

ARTUR SATTAROV
Print Defendant's Name

_____
Defendant's Counsel's Signature

IGOR NIMAN
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

13 Aug 2020
Date

_____ USMJ
U.S. District Judge/U.S. Magistrate Judge